IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMIE R. SELLERS                                                                    PLAINTIFF

v.                                             CIVIL ACTION NO. 1:20-cv-00120-GHD-DAS

VLRV, LLC                                                           DEFENDANT

**ORDER OF DISMISSAL**

The Court, having considered the parties' joint stipulation [21] to dismiss all claims asserted herein with prejudice, finds that this matter should be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE, and this case is CLOSED.

SO ORDERED, this the 16th day of November, 2021.

_____
SENIOR U.S. DISTRICT JUDGE